**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.,

    Debtor.
_____/

Case No.: 8:24-bk-00676-RCT

Chapter 11

MEDMARC CASUALTY INSURANCE COMPANY,

    Plaintiff

v.

STAUNTON & FAGLIE, PL; JOHN W. STAUNTON; FLOYD FAGLIE,

    Defendants, and

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.; CLARK CHAMBERLIN, BY AND THROUGH HIS PARENTS AND COGUARDIANS TODD AND KELLI CHAMBERLIN, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED; SHAWNTA ORRIS, AS GUARDIAN AD LITEM ON BEHALF OF T.L., A DISABLED ADULT, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; AND CAROL MULHOLLAND, AS GUARDIAN ADVOCATE OF THE PERSON AND PROPERTY OF JF, A VULNERABLE AND DISABLED ADULT,

    Nominal Defendants.
_____/

Adv. Pro.: 8:25-ap-00123-RCT

**NOTICE OF JOINDER**

COMES NOW, Nominal Defendant, Carol Mulholland, as Guardian Advocate of the Person and Property of JF, a vulnerable and disabled adult, and a creditor and beneficiary in the above caption case and a plaintiff in separate lawsuit against non-parties ("Defendant" or "Mulholland"), by and through undersigned counsel, provides notice to the Court and all parties of her adoption and joinder in Defendant's Floyd Faglie, John W. Staunton and Staunton & Faglie, PL's ("Faglie and Staunton") Answers and Motion to Dismiss, and joins in their interpretation of the law without agreeing to the factual allegations set forth by the Trustee, Faglie and Staunton.

Dated July 24, 2025.

Respectfully submitted,

*/s/ Michael A. Nardella*
Michael A. Nardella, Esquire
Florida Bar No. 51265
**Nardella & Nardella, PLLC**
135 W. Central Blvd., Ste. 300
Orlando, Florida 32801
Phone: (407) 966-2680
E-mail: mnardella@nardellalaw.com
Secondary email: msayne@nardellalaw.com

***COUNSEL FOR DEFENDANT, CAROL MULHOLLAND***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 24, 2025, a true and correct copy of the foregoing was served via electronic notice through the CM/ECF system to all parties registered to receive electronic notices via CM/ECF.

*/s/ Michael A. Nardella.*
Michael A. Nardella, Esquire