UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

| | |
|---|---|
| IN RE:   THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, Inc., Debtor | Bankruptcy Case No.: 8:24−bk−00676−RCT |
| MEDMARC CASUALTY INSURANCE COMPANY, | Adv. Pro. No.: 8:25−ap−00123−RCT |
| Plaintiff, v. | |
| STAUNTON & FAGLIE, PL; JOHN W. STAUNTON; FLOYD FAGLIE, | |
| Defendants, and | |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., et al., | |
| Nominal Defendants. | |

**PLAINTIFF'S RESPONSE TO DEFENDANT MULHOLLAND'S
<u>NOTICE OF JOINDER</u>**

Plaintiff Medmarc Casualty Insurance Company ("Medmarc"), by and through its undersigned counsel, files this Response to Defendant Carol Mulholland's ("Mulholland") Notice of Joinder (Dkt. 55), which adopts and joins the Answers and Motions to Dismiss filed by Defendants Floyd Faglie ("Faglie") (Dkt. 31), and John W. Staunton ("Staunton") and Staunton & Faglie, P.L. (the "Firm") (Dkt. 43). On June 27, 2025, Medmarc filed Responses in Opposition to Faglie's Motion to Dismiss (Dkt. 49) and Staunton and the Firm's Motion to Dismiss (Dkt. 48). The Motions to Dismiss are set for preliminary hearing on September 9, 2025 (Dkts. 52 and 54). Medmarc adopts the foregoing Responses in Opposition with respect to Mulholland's Notice of Joinder.

Dated: July 25, 2025

        **HINSHAW & CULBERTSON LLP**

        */s/ Rory Eric Jurman*
Rory Eric Jurman
Florida Bar Number 194646
rjurman@hinshawlaw.com
201 East Las Olas Blvd., Suite 1450
Ft. Lauderdale, FL 33301
Telephone: 954-375-1141

Ruel W. Smith, Esquire
Florida Bar Number 0036548
rsmith@hinshawlaw.com
100 South Ashley Drive, Suite 1310
Tampa, FL 33602
Telephone: 813-276-1662

Siobhan E. P. Grant, Esquire
Florida Bar Number 68892
sgrant@hinshawlaw.com
811 Ponce de Leon Blvd, 10th Floor
Coral Gables, FL 33134
Telephone: 305-428-5118
***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which electronically furnished a copy to all parties who receive CM/ECF notices from the Court, and mailed the foregoing to the following parties on June 25, 2025.

    Clark Chamberlin, By and Through His Parents and
    Co- Guardians Todd and Kelli Chamberlin, on
    Behalf of Themselves and All Others Similarly
    Situated
    7234 Stella Lane
    Lake Worth, Florida 33463

Shawnta Orris, as Guardian Ad Litem on Behalf of
T.L., A Disabled Adult, and On Behalf of All Others
Similarly Situated
7318 North 92nd Avenue
Omaha, Nebraska 68110

*/s/ Rory Eric Jurman*
Rory Eric Jurman