ORDERED.

Dated:  September 04, 2025

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE:<br>THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.,<br>Debtor.<br>_____/ | Case No.: 8:24-bk-00676-RCT |
| MEDMARC CASUALTY INSURANCE COMPANY,<br>Plaintiff,<br><br>v.<br><br>STAUNTON & FAGLIE, P.L.; JOHN W. STAUNTON; FLOYD FAGLIE,<br>Defendants,<br><br>and<br><br>THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., et al.,<br>Nominal Defendants.<br>_____/ | Adv. No.: 8:25-ap-00123-RCT |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO
CONTINUE PRELIMINARY HEARING ON THE PENDING MOTIONS TO DISMISS**

THIS MATTER having come before the Court without a hearing pursuant to Plaintiff Medmarc Casualty Insurance Company's *Motion to Continue Preliminary Hearing on the Pending Motions to Dismiss* (Doc. 57) and *Supplement Confirming Plaintiff's Motion to Continue*

*Preliminary Hearing Is Unopposed* (Doc. 58), for a continuance of the September 9, 2025 hearing on Motions to Dismiss filed by Defendants Floyd Faglie and Staunton & Faglie, P.L./John W. Staunton (collectively, the "Moving Parties") (Docs. 31 & 43, respectively). By submission of this order for entry, the submitting counsel represents that the Moving Parties consent to its entry. Accordingly, it is

    **ORDERED**:

    1.    The *Motion* (Doc. 57) is **GRANTED**.

    2.    The preliminary hearing on the Motions to Dismiss (Docs. 31 & 43) is hereby continued to **November 4, 2025, at 2:30 p.m.** The continued hearing will take place in Courtroom 8A of the United States Bankruptcy Court, located at 801 North Florida Avenue, Tampa, Florida 33602.

    Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance, no later than 3:00 p.m. one business day before the date of the hearing. To register Click HERE or manually enter the following web address into a browser:

https://www.zoomgov.com/meeting/register/vJItcOGopjMpG2gRKyn-ipk6SXFBnivGTDA#/registration.

    All participants, whether attending in person or remotely, must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

*Attorney Ruel W. Smith is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.*