ORDERED.

Dated: **June 22, 2026**

_____

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE:    THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, Inc., <br><br> Debtor <br> ——————————————————— <br> MEDMARC CASUALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> STAUNTON & FAGLIE, PL; JOHN W. STAUNTON; FLOYD FAGLIE, <br><br> Defendants, and <br><br> THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.; CLARK CHAMBERLIN, BY AND THROUGH HIS PARENTS AND CO-GUARDIANS TODD AND KELLI CHAMBERLIN, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED; SHAWNTA ORRIS, AS GUARDIAN AD LITEM ON BEHALF OF T.L., A DISABLED ADULT, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Nominal Defendants. | Bankruptcy Case No. 8:24-bk-00676-RCT <br><br><br><br> Adv. Pro. No. 8:25-ap-00123-RCT |

### ORDER GRANTING, IN PART, AND DENYING, IN PART, CHAPTER 11 TRUSTEE FOR THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.'S MOTION TO COMPEL DISCOVERY RESPONSES

THIS CAUSE having come before the Court upon Chapter 11 Trustee for The Center for Special Needs Trust Administration, Inc.'s ("Trustee") Motion to Compel Discovery Responses ("Motion"), and the Court having had the opportunity to review the Motion and Plaintiff Medmarc Casualty Insurance Company's response, having had the opportunity to consider argument of counsel at a hearing on June 11, 2026, and having been fully advised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1.  Trustee's Motion is GRANTED, in part, and DENIED, in part.

2.  The requested settlement communication(s) shall not be disclosed, with the same deemed protected under mediation privilege. However, leave is granted for a renewed motion by Trustee should additional evidence be presented to warrant compelling those settlement communications.

3.  The requested settlement agreement(s) shall be produced under a confidentiality order, provided that use of disclosed materials shall be limited to this adversary proceeding, with public filing and third-party disclosure prohibited, and with all coverage defenses and objections expressly preserved. The settlement agreement(s) shall be produced within ten (10) days of the confidentiality order being executed.

*Attorney C. Kevin Grim, Jr. is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within three (3) days of entry of the order.*