ORDERED.

**Dated:  July 13, 2026**

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

THE CENTER FOR  SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,

      Debtor.

Case No. 8:24-bk-00676-RCT
Chapter 11

MEDMARC CASUALTY INSURANCE
COMPANY,

      Plaintiff,

Adv. No. 8:25-ap-00123-RCT

v.

STAUNTON & FAGLIE, PL; JOHN W.
STAUNTON; FLOYD FAGLIE,

      Defendants, and

THE CENTER FOR SPECIAL NEEDS TRUST
ADMINISTRATION, INC.; CLARK
CHAMBERLIN, BY AND THROUGH HIS
PARENTS AND CO-GUARDIANS TODD AND
KELLI CHAMBERLIN, ON BEHALF OF
THEMSELVES AND ALL OTHERS SIMILARLY
SITUATED; SHAWNTA ORRIS, AS GUARDIAN
AD LITEM ON BEHALF OF T.L., A DISABLED
ADULT, AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

      Nominal Defendants.

**AGREED ORDER ON STIPULATED**
**CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**

THIS PROCEEDING comes before the Court, without a hearing, upon the Stipulated

Confidentiality Agreement and Protective Order (Doc. 85) ("**Stipulation**"). The Parties, to preserve the confidentiality of certain materials produced in this litigation, seek entry of an order approving the Stipulation. After reviewing the Stipulation, and noting the agreement among the parties,[1] the Court finds good cause to approve it. Accordingly, it is

> **ORDERED**:

> 1. The Stipulation (Doc. 85) is **APPROVED**.

> 2. The Court retains jurisdiction to enforce the Stipulation and its confidentiality

provisions.

*Attorney Kevin Grim is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of the order.*

---

[1] Submitting counsel for Medmarc attests that he obtained approval from counsel for the Chapter 11 Trustee to the form of this order.